**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2037**

———————

JIN QING WANG,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted: April 4, 2011       Decided: April 22, 2011

———————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Edward Giuliano, New York, New York, for Petitioner. Tony West, Assistant Attorney General, Mary Jane Candaux, Assistant Director, Robbin K. Blaya, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jin Qing Wang, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen as untimely. We have reviewed the record and the Board's order and find no abuse of discretion. See 8 C.F.R. § 1003.2(a), (c)(2) (2010). Accordingly, we deny the petition for review for the reasons stated by the Board. In re: Jin Qing Wang (B.I.A. Aug. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED